UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**
Denise Carlon, Esquire
KML Law Group, P.C.
216 Haddon Avenue
Suite 406
Westmont, NJ 08108
Main Phone: 609-250-0700
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
U.S. Bank National Association, as Trustee, successor in interest to Bank of America, N.A., as Trustee, successor by merger to LaSalle Bank National Association, as Trustee for Structured Asset Securities Corporation Mortgage Pass-Through Certificates, Series 2004-21XS

In Re:
    Domenica Giuliano,

Debtor.



Order Filed on April 2, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 17-32629 VFP

Adv. No.:

Hearing Date: 3/1/18 @ 11:00 A.M.

Judge: Vincent F. Papalia

# ORDER REINSTATING STAY & RESOLVING MOTION FOR RELIEF FROM STAY

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: April 2, 2018**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

**(Page 2)**
Debtor:  Domenica Giuliano
Case No:  17-32629 VFP
Caption of Order:  ORDER REINSTATING STAY & RESOLVING MOTION FOR RELIEF FROM STAY
_____

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, U.S. Bank National Association, as Trustee, successor in interest to Bank of America, N.A., as Trustee, successor by merger to LaSalle Bank National Association, as Trustee for Structured Asset Securities Corporation Mortgage Pass-Through Certificates, Series 2004-21XS, Denise Carlon, Esq. appearing, upon a motion to vacate the automatic stay as to real property located at 32 Woodland Avenue, Morristown, NJ, 07960, and it appearing that notice of said motion was properly served upon all parties concerned, and this Court having considered the representations of attorneys for Secured Creditor and Andrew L. Kydala, Esq., attorney for Debtor, and for good cause having been shown

It is **ORDERED, ADJUDGED and DECREED** that as of March 16, 2018, Debtor is in arrears outside of the Chapter 13 Plan to Secured Creditor for payments due January 2018 through March 2018 for a total post-petition default of $9,296.20 (3 @ $2,747.77, less suspense $1,425.95); and

It is further **ORDERED, ADJUDGED and DECREED** that Debtor shall make an immediate payment of $5,000.00 to be received no later than March 31, 2018 and the remaining balance to be paid by April 30, 2018; and

It is further **ORDERED, ADJUDGED and DECREED** that regular mortgage payments are to resume April 1, 2018, directly to Secured Creditor, ATTN: Bankruptcy Dept, Nationstar Mortgage LLC, PO BOX 619094, Dallas, TX 75261-9741 (Note: the amount of the monthly mortgage payment is subject to change according to the terms of the note and mortgage); and

It is further **ORDERED, ADJUDGED and DECREED** that for the Duration of Debtor's Chapter 13 bankruptcy proceeding, if the lump sum payment or any regular monthly mortgage payments are not made within thirty (30) days of the date said payment is due, Secured Creditor may obtain an Order Vacating Automatic Stay as to Real Property by submitting a Certification of Default to the Court indicating such payment is more than thirty days late, and Debtor shall have fourteen days to respond; and

It is further **ORDERED, ADJUDGED and DECREED** that a copy of any such application, supporting certification, and proposed Order must be served on the Trustee, Debtor, and Debtor's counsel at the time of submission to the Court; and

It is further **ORDERED, ADJUDGED and DECREED** that this order supersedes the order entered on March 7, 2018 granting relief from Stay; and

**(Page 3)**
Debtor:  Domenica Giuliano
Case No:  17-32629 VFP
Caption of Order:  ORDER REINSTATING STAY & RESOLVING MOTION FOR RELIEF FROM STAY

___

It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor is hereby awarded reimbursement of fees and costs in the sum of $350.00 for attorneys' fees and $181.00 for filing fees, totaling $531.00, which is to be paid through Debtors' Chapter 13 plan; and

It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor's Motion for Relief is hereby resolved.