Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                              Case No.:  17−32629−VFP
                              Chapter:  13
                              Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Domenica Giuliano
   32 Woodland Ave
   Morristown, NJ 07960

Social Security No.:
   xxx−xx−5610

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

     NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 5/4/18.

     Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: May 4, 2018
JAN: jf

                                                          Jeanne Naughton
                                                          Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Domenica Giuliano  
    Debtor

Case No. 17-32629-VFP  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: May 04, 2018  
                           Form ID: 148     Total Noticed: 9

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 06, 2018.
```
db          +Domenica Giuliano,   32 Woodland Ave,    Morristown, NJ 07960-8301
cr          +Nationstar Mortgage LLC d/b/a Mr. Cooper,   Stern, Lavinthal & Frankenberg, LLC,
              105 Eisenhower Parkway,   Suite 302,   Roseland, NJ 07068-1640
517292893   +Bank of America, N.A.,   c/o Connie J. Delisser,   Marinosci Law Group, P.C.,
              100 West Cypress Creek Road, Suite 1045,   Fort Lauderdale, FL 33309-2191
517166966   +Mr Cooper,   8950 Cypress Waters Blvd,   Coppell, TX 75019-4620
517380782   +U.S. Bank National Association,   Nationstar Mortgage LLC d/b/a Mr. Cooper,
              Attn: Bankruptcy Dept,   PO Box 619096,   Dallas TX 75261-9096
517166967   +US Bank NA,   Attn Powers Kirn,   728 Marne Highway,   Moorestown, NJ 08057-3128
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: usanj.njbankr@usdoj.gov May 05 2018 00:13:01    U.S. Attorney,   970 Broad St.,
               Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 05 2018 00:12:58    United States Trustee,
               Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
517299626     +EDI: BANKAMER.COM May 05 2018 03:54:00    Bank of America, N.A.,   P.O. Box 31785,
               Tampa, FL 33631-3785
                                                                                              TOTAL: 3
```

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 06, 2018                                                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 4, 2018 at the address(es) listed below:
```
              Andre L. Kydala    on behalf of Debtor Domenica  Giuliano kydalalaw@aim.com, kydalalaw@aim.com
              Brian S Fairman    on behalf of Creditor    NATIONSTAR  MORTGAGE LLC bkecfinbox@aldridgepite.com,
               bfairman@aldridgepite.com;bsf@ecf.inforuptcy.com
              Denise E. Carlon    on behalf of Creditor   U.S. Bank National Association, as Trustee, successor
               in interest to Bank of America, N.A., as Trustee, successor by merger to LaSalle Bank National
               Association, as Trustee for Structured Asset Securi dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Jeanette F. Frankenberg    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               cmecf@sternlav.com
              Kevin M. Buttery    on behalf of Creditor   U.S. Bank National Association, as Trustee, successor
               in interest to Bank of America, N.A., as Trustee, successor by merger to LaSalle Bank National
               Association, as Trustee for Structured Asset Securi bkyefile@rasflaw.com
              Marie-Ann  Greenberg    magecf@magtrustee.com
              Rebecca Ann Solarz    on behalf of Creditor   U.S. Bank National Association, as Trustee,
               successor in interest to Bank of America, N.A., as Trustee, successor by merger to LaSalle Bank
               National Association, as Trustee for Structured Asset Securi rsolarz@kmllawgroup.com
              U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
              William M.E. Powers, III    on behalf of Creditor   U.S. Bank National Association, as Trustee,
               successor in interest to Bank of America, N.A., as Trustee, successor by merger to LaSalle Bank
               National Association, as Trustee for Structured Asset Securi ecf@powerskirn.com
                                                                                              TOTAL: 9
```