| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Marie-Ann Greenberg MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>Chapter 13 Standing Trustee | Order Filed on May 4, 2018<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| | Case No.: 17-32629 |
| IN RE:<br>    DOMENICA GIULIANO | Hearing Date:  05/03/2018 |
| | Judge:  VINCENT F. PAPALIA |

### ORDER DENYING CONFIRMATION AND DISMISSING PETITION

The relief set forth on the following pages, numbered two (2) is hereby ORDERED.

DATED: May 4, 2018

_____
Honorable Vincent F. Papalia
United States Bankruptcy Judge

1

Debtor(s):  DOMENICA GIULIANO

Case No.:  17-32629VFP

Caption of Order:  Order Denying Confirmation and Dismissing Petition

---

THIS MATTER having come before the Court on 05/03/2018 for a Confirmation Hearing of the Debtor(s)' Chapter 13 Plan, and the Court having considered the Chapter 13 Standing Trustee's report and good and sufficient cause having been shown, it is hereby

ORDERED AND DIRECTED, that the Confirmation of Debtor(s)' Chapter 13 Plan is hereby denied; and it is further

ORDERED AND DIRECTED, that the Debtor(s)' Voluntary Petition for Relief under Chapter 13 and all proceedings thereunder be and they hereby are dismissed without prejudice; and it is further

ORDERED AND DIRECTED, that upon case dismissal any funds held by the Chapter 13 Standing Trustee from payments made on account of Debtor(s)' Plan, shall be disbursed to the Debtor(s), less any applicable Trustee fees and commisions, except any adequate protection payments due under the proposed plan or by Court Order, and/or any counsel fees and costs hereby allowed as an Administrative Expense.

Pursuant to 11 U.S.C. Sec. 349(b) this Court, for cause, retains jurisdiction over any additional application filed within 30 days by any administrative claimants for funds on hand with the Chapter 13 Trustee.

United States Bankruptcy Court
District of New Jersey

In re:  
Domenica Giuliano  
    Debtor

Case No. 17-32629-VFP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: May 04, 2018  
                     Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 06, 2018.
```
db             +Domenica Giuliano,    32 Woodland Ave,    Morristown, NJ 07960-8301
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.              TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 06, 2018                         Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 4, 2018 at the address(es) listed below:
```
              Andre L. Kydala    on behalf of Debtor Domenica  Giuliano kydalalaw@aim.com,  kydalalaw@aim.com
              Brian S Fairman    on behalf of Creditor     NATIONSTAR   MORTGAGE LLC bkecfinbox@aldridgepite.com,
               bfairman@aldridgepite.com;bsf@ecf.inforuptcy.com
              Denise E. Carlon    on behalf of Creditor    U.S. Bank National Association, as Trustee, successor
               in interest to Bank of America, N.A., as Trustee, successor by merger to LaSalle Bank National
               Association, as Trustee for Structured Asset Securi dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Jeanette F. Frankenberg     on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               cmecf@sternlav.com
              Kevin M. Buttery    on behalf of Creditor    U.S. Bank National Association, as Trustee, successor
               in interest to Bank of America, N.A., as Trustee, successor by merger to LaSalle Bank National
               Association, as Trustee for Structured Asset Securi bkyefile@rasflaw.com
              Marie-Ann  Greenberg    magecf@magtrustee.com
              Rebecca Ann Solarz    on behalf of Creditor    U.S. Bank National Association, as Trustee,
               successor in interest to Bank of America, N.A., as Trustee, successor by merger to LaSalle Bank
               National Association, as Trustee for Structured Asset Securi rsolarz@kmllawgroup.com
              U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
              William M.E. Powers, III    on behalf of Creditor    U.S. Bank National Association, as Trustee,
               successor in interest to Bank of America, N.A., as Trustee, successor by merger to LaSalle Bank
               National Association, as Trustee for Structured Asset Securi ecf@powerskirn.com
                                                                                             TOTAL: 9
```